UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re: Case No. 24-14573-SMG

AARON DURALL, Chapter 7

Debtor.
_________________________________/

**CREDITOR'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGEABILITY OF CERTAIN DEBTS AND TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Creditor, Vanaz Land Company, LLC (the "Creditor"), by counsel, pursuant to Fed. R. Bankr. P. 4004 and 4007 and Local Rule 9013(C)(1), requests the Court enter an agreed order extending the deadlines to object to the dischargeability of its debt, pursuant to 11 U.S.C. § 523, and to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including December 16, 2024, and in support thereof, states as follows:

1. On May 9, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On July 12, 2024, this case was converted to a case under Chapter 13 of the United States Bankruptcy Code.

2. There is a pending state court litigation case in the Seventeenth Judicial Circuit Court in and for Broward County, Case No. CACE-22-007799, by the Creditor, against the Debtor. The Creditor believes that the underlying alleged claim(s) against the Debtor may represent non-dischargeable claims, pursuant to 11 U.S.C. § 523. In addition, the Creditor believes that claim(s) may exist against the Debtor, pursuant to 11 U.S.C. § 727.

3. On June 4, 2024, the Creditor timely filed Claim # 3, in the amount of $449,326.97.

4. The Parties have agreed to maintain the status quo while the Chapter 7 trustee undertakes his investigation.

5. The present deadline for the Creditor to object to the dischargeability of certain

debts of the Debtor, pursuant to 11 U.S.C. § 523, is October 15, 2024.

6. The present deadline for the Creditor to file a Complaint objecting to the Debtor's discharge, under 11 U.S.C. § 727, is October 15, 2024.

7. Accordingly, the Creditor requests an extension of time to object to the dischargeability of certain debts and to file a complaint objecting to the Debtor's discharge, up to and including December 16, 2024.

8. Undersigned counsel conferred with the Debtor's counsel, who has agreed to the relief requested herein.

WHEREFORE, the Creditor respectfully requests that the Court enter an order extending the deadlines within which the Creditor can object to the dischargeability of its debt, pursuant to 11 U.S.C. § 523 and to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including December 16, 2024, and for such other and further relief as the Court deems just and proper.

Dated: October 15, 2024

LSS Law
Counsel for the Creditor
2699 Stirling Road, Suite C401
Fort Lauderdale, Florida 33312
Telephone: (954) 920-5355
Fax: (954) 920-5371

By:__________/s/___________________
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lss.law

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served on October 15, 2024 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Eric S. Goldstein, Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103 and Frank B.B Knowlton, Nelson Mullins Riley & Scarborough LLP, Post Office Box 11070, Columbia, SC 29211.

By:_________/s/___________________
Zach B. Shelomith